No. 775. THE STANDARD OIL COMPANY OF NEW YORK, PETITIONER, *v.* THE UNITED STATES. December 12, 1910. Petition for a writ of certiorari to the United States Cir-

cuit Court of Appeals for the Second Circuit denied. *Mr. Martin Carey* and *Mr. Daniel J. Kenefick* for petitioner. *The Attorney General, Mr. Assistant to the Attorney General Kenyon, Mr. L. Wallace Dempsey* and *Mr. Barton Corneau* for respondent.